# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

KIM ZVIK

                          Plaintiff(s)

v.

MARCY ROTH

                          Defendant(s)

CASE No C  4:25-cv-03807-HSG

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

   ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

   ☑ **Mediation** (ADR L.R. 6)    (The parties have met and conferred and agree to  remote attendance of the mediation via video conferencing.)

   ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

   ☐ **Private ADR** (*specify process and provider*)


The parties agree to hold the ADR session by:

   ☑ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

   ☐ other requested deadline:

Date: 8.29.2025

Date: 09.03.2025

/s/ T. RANDOLPH CATANESE, ESQ.
Attorney for Plaintiff
/s/ JESSICA L. BLOME, ESQ.
Attorney for Defendant

---

☑ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:  9/4/2025

*Haywood S. Gell Jr.*
U.S. DISTRICT/MAGISTRATE JUDGE

---

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019