AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____California_____

KIM ZVIK, an individual,
             Plaintiff (s),
V.
MARCY ROTH, an individual
             Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:25-cv-03807-HSG

Notice is hereby given that, subject to approval by the court, __Kim Zvik__ substitutes
                        (Party (s) Name)

__Zachary Rosenbaum__, State Bar No. __346633__ as counsel of record in
(Name of New Attorney)

place of __Randolph Catanese and Bradley Gould__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Derek Smith Law Group |
| Address: | 633 W 5th St Suite 3250, Los Angeles, CA 90071 |
| Telephone: | (213) 407-7028     Facsimile (310) 602-6350 |
| E-Mail (Optional): | zac@dereksmithlaw.com |

I consent to the above substitution.
Date: 12 / 04 / 2025

*Kim Zvik*
Kim Zvik
(Signature of Party (s))

I consent to being substituted.
Date: 12-4-25

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/3/2025

*Zachary Rosenbaum*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 12/5/2025

*Haywood S. Gill, Jr.*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]