Zachary Rosenbaum (SBN 346633)
633 West 5th Street, Suite 3250
Los Angeles, CA 90071
310-602-6050
zac@dereksmithlaw.com

*Attorneys for Plaintiff Kim Zvik*

# NITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KIM ZVIK, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>MARCY ROTH, an individual,<br><br>  Defendant. | Case No. 4:25-cv-03807-HSG<br><br>**ORDER DENYING PLAINTIFF KIM ZVIK'S ADMINISTRATIVE MOTION TO FILE LIMITED SUPPLEMENTAL OPPOSITION AND SUPPLEMENTAL DECLARATION**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2, 4th Floor |

**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE LIMITED SUPPLEMENTAL OPPOSITION AND SUPPLEMENTAL DECLARATION**

ORDERS as follows:

1. Plaintiff's Administrative Motion is DENIED.

**IT IS SO ORDERED.**

Dated:  12/23/2025



Hon. Haywood S. Gilliam, Jr.
United States District Judge