United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIM ZVIK,

Plaintiff,

v.

MARCY ROTH,

Defendant.

Case No. 25-cv-03807-HSG

**ORDER TO SHOW CAUSE**

Pending before the Court is Defendant's motion for summary judgment against Plaintiff's copyright infringement claim, Dkt. No. 71, which the Court held a hearing for on August 6, 2026. While Defendant formally addressed arguments about fair use and implied license in her motion, she also argued that "the evidence provided in all versions of Plaintiff's complaints, and within Plaintiff's discovery responses do[es] not include any evidence of an allegedly infringing post" in February 2025. Dkt. No. 71 at 10–11. Plaintiff did not clearly provide any such evidence in her opposition, instead attempting to argue (seemingly for the first time) that Plaintiff used the copyrighted photograph in August 2024. *See, e.g.*, Dkt. No. 76 at 8, 15.[1] At the motions hearing, Plaintiff's counsel did not identify any evidence of the infringing February 2025 use alleged in the complaint.

Plaintiff cannot bring a copyright infringement action without providing evidence of an infringing use. "After giving notice and a reasonable time to respond, the court may . . . grant [summary judgment] on grounds not raised by a party." Fed. R. Civ. P. 56(f)(2). While

[1] Plaintiff's supporting declaration states that she "reviewed the February 2025 post/image submitted in connection with Defendant's motion," and "[t]he image used in that February 2025 post appears to be the same underlying photograph." Dkt. No. 76-2 ¶ 7. The Court is not sure what Plaintiff is referring to, and Plaintiff's counsel could not explain at the hearing.

United States District Court
Northern District of California

Defendant raised this argument in passing in her motion, the Court finds that the best path forward is to give notice and a reasonable time to respond under Rule 56(f). The Court **DIRECTS** Plaintiff to **SHOW CAUSE** why summary judgment should not be granted against her copyright infringement claim given the issue described above and at the hearing. As discussed at the hearing, the parties are **DIRECTED** to file a stipulation and proposed order setting a briefing schedule by August 13, 2026.

**IT IS SO ORDERED.**

Dated: 8/10/2026

Haywood S. Gilliam, Jr.

HAYWOOD S. GILLIAM, JR.
United States District Judge