Zachary Rosenbaum (SBN 346633)
633 West 5th Street, Suite 3250
Los Angeles, CA 90071
310-602-6050
zac@dereksmithlaw.com

*Attorneys for Plaintiff Kim Zvik*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

KIM ZVIK, an individual,

Plaintiff,

v.

MARCY ROTH, an individual,

Defendant.

Case No. 4:25-cv-03807-HSG

**ORDER REGARDING BRIEFING SCHEDULE ON ORDER TO SHOW CAUSE**

Judge: Hon. Haywood S. Gilliam, Jr.

Courtroom: 2, 4th Floor

Pursuant to the parties' stipulation, and good cause appearing, the Court hereby ORDERS that briefing concerning the Court's Order to Show Cause why summary judgment should not be granted against Plaintiff on her copyright infringement claim shall proceed according to the following schedule:

**Plaintiff's Response to Order to Show Cause:** August 28, 2026

**Defendant's Response:** September 11, 2026

**Plaintiff's Reply:** September 18, 2026

**IT IS SO ORDERED.**

Dated: 8/13/2026

Hon. Haywood S. Gilliam, Jr.
United States District Judge